IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00046 |
| | ) | Judge Trauger |
| | ) | |
| TRAVIS SUGGS | ) | |

**O R D E R**

A status conference was held in this case on December 10, 2012. It is hereby **ORDERED** that the defendant's Motion To Consider Late-Filed Motion to Suppress (Docket No. 65) is **GRANTED**, and a hearing on the Motion to Suppress (Docket No. 66) shall be held on Friday, February 8, 2013, at 9:00 a.m. The government shall respond to the motion by February 4, 2013.

By separate order, the trial is being continued from December 18, 2012 to February 19, 2013. The court will defer a ruling on the defendant's Motion For Early Disclosure of Statements of Witnesses and Jencks Act Material (Docket No. 63) to a later date.

It is so **ORDERED**.

ENTER this 10th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge